IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN KENNEDY**                                                                                              **PLAINTIFF**

**V.**                                    **5:11-cv-00184-BRW**

**GIBBS FERGUSON**                                                                                       **DEFENDANT**

## JUDGMENT

    Based on an Order entered September 16, 2011, this case is DISMISSED without prejudice.

    IT IS SO ORDERED this 19th day of September, 2011.

                                /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE