IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN KENNEDY**                                                                        **PLAINTIFF**

**V.**                          **5:11-cv-00184-BRW**

**GIBBS FERGUSON**                                                    **DEFENDANT**

## JUDGMENT

      Based on an Order entered September 16, 2011, this case is DISMISSED without prejudice.

      IT IS SO ORDERED this 19th day of September, 2011.


                                                   /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE